Robert K. Jones (State Bar #016228)
Monica M. Ryden (State Bar #023986)
**JACKSON LEWIS P.C.**
2398 East Camelback Road, Suite 1060
Phoenix, AZ 85016
Tel. (602) 714-7044
Fax (602) 714-7045
JonesR@jacksonlewis.com
Monica.Ryden@jacksonlewis.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Treni Eliason, a married man, | Case No. |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| All My Sons Moving & Storage of Phoenix, Inc., an Arizona Corporation, | |
| Defendant. | |

Pursuant 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant All My Sons Moving & Storage of Phoenix, Inc. removes this action from the Superior Court of Arizona, Maricopa County, to the U.S. District Court for the District of Arizona on the following grounds:

**OVERVIEW**

1. This case is removable to the U.S. District Court under 28 U.S.C. § 1331 because Plaintiff has asserted claims that raise a federal question, making removal appropriate under 28 U.S.C. § 1441. The district court should also exercise supplemental jurisdiction over Plaintiff's state law claims, pursuant to 28 U.S.C. § 1367.

2. This removal notice is timely filed under 28 U.S.C. § 1446.

**SERVICE OF THE COMPLAINT AND SUMMONS**

3. On January 12, 2017, Plaintiff filed his First Amended Complaint against

Defendant, case number CV2016-016686, in the Superior Court of Arizona, Maricopa County, alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 et seq., as well as state law. A copy of the First Amended Complaint is attached as Exhibit 6.

4. Defendant was served with the First Amended Complaint January 12, 2017.

5. Plaintiff's original Complaint did not assert violations of the FLSA or any other federal law. A copy of the original Complaint is attached as Exhibit 4. Accordingly, this case first became removable on January 12, 2016, less than thirty (30) days prior to this filing.

## FEDERAL QUESTION JURISDICTION

6. Plaintiff's Complaint alleges violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 et seq.

7. This Court has original jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

8. "Except as otherwise expressly provided by Act of Congress, any civil action brought in the state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## SUPPLEMENTAL JURISDICTION OVER STATE LAW CLAIMS

9. A district court may also exercise supplemental jurisdiction over non-federal question claims that are:

so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Title III of the United States Constitution. Such supplemental jurisdiction shall include claims that involve the joinder or intervention of additional parties.

28 U.S.C. § 1367(a).

- 2 -

10. Plaintiff's claims under state law for breach of contract and violation of the Arizona Wage Act, A.R.S. §§ 23-350 et seq., the Arizona Minimum Wage Act, A.R.S. §§ 23-363 et seq., and the Arizona Employment Protection Act, A.R.S. § 23-1501, are closely related to his claims under federal law. Accordingly, this Court should also exercise supplemental jurisdiction over Plaintiff's other claims for relief.

**VENUE**

11. Venue lies in the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1391(b) because the state action was filed in this district and the state action asserts the alleged unlawful actions took place in this district.

**REMOVAL**

12. Pursuant to 28 U.S.C. § 1446(b), Defendant files this notice of removal within 30 days after it was served with the First Amended Complaint.

13. Defendant has not yet filed an Answer or other responsive pleading in the state action.

14. No hearings have been set in the state action, and there are no pending motions.

15. In accordance with LRCiv 3.6, Defendant has attached copies of all pleadings and other documents that were previously filed with or issued from the state court, attached here as Exhibits 1 – 6. Undersigned counsel verifies that they are true and complete copies of all pleadings and other documents filed in the state court proceeding.

16. Pursuant to 28 U.S.C. § 1446(d), Defendant has provided written notice of the removal to all parties in this action and will file a copy of this Notice of Removal in the Superior Court of Arizona, Maricopa County.

17. Defendant submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has asserted claims upon which relief can be granted.

WHEREFORE, Defendant respectfully requests that the U.S. District Court for the District of Arizona accept the removal of this action from the state court action and direct that the Superior Court of Arizona, Maricopa County, have no further jurisdiction in this matter unless and until this case is remanded.

DATED this 1st day of February, 2017.

**JACKSON LEWIS, P.C.**

By: /s/ Monica M. Ryden
Robert K. Jones
Monica M. Ryden
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Elizabeth A. Faulkner
Faulkner Law Offices, PLLC
8687 East Via de Ventura, Suite 306
Scottsdale, AZ 85258
Attorneys for Plaintiff

/s/ Amalia Tafoya

4830-6689-1328, v. 1

- 4 -