Robert K. Jones (State Bar #016228)
Monica M. Ryden (State Bar #023986)
**JACKSON LEWIS P.C.**
2398 East Camelback Road, Suite 1060
Phoenix, AZ  85016
Tel. (602) 714-7044
Fax (602) 714-7045
JonesR@jacksonlewis.com
Monica.Ryden@jacksonlewis.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Treni Eliason, a married man,<br><br>    Plaintiff,<br><br>vs.<br><br>All My Sons Moving & Storage of Phoenix, Inc., an Arizona Corporation,<br><br>    Defendant. | Case No. 2:17-cv-00320-HRH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Having agreed to a settlement of this matter, the parties hereby stipulate to the dismissal of this matter with prejudice, with each party to bear its own attorneys' fees and costs, and hereby request the Court to enter the Order of Dismissal submitted herewith.

RESPECTFULLY SUBMITTED this 28th day of February, 2017.

**JACKSON LEWIS, P.C.**

By:   /s/Robert K. Jones
        Robert K. Jones
        Monica M. Ryden
        Attorneys for Defendant

**FAULKNER LAW OFFICES, PLLC**

By:   /s/ Elizabeth A. Faulkner (with permission)
        Elizabeth A. Faulkner
        Attorney for Plaintiff

- 1 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 28, 2017, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and a copy was transmitted electronically the same date to the following registrants:

Elizabeth A. Faulkner
Faulkner Law Offices, PLLC
8687 East Via de Ventura, Suite 306
Scottsdale, AZ 85258
Attorneys for Plaintiff

/s/Debbie Mattatall

4851-3871-9812, v. 1

- 2 -