IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TRENI ELIASON, | |
| Plaintiff, | |
| vs. | |
| ALL MY SONS MOVING & STORAGE OF PHOENIX, INC., | No. 2:17-cv-0320-HRH |
| Defendant. | |

O R D E R

Case Dismissed

Pursuant to the parties' *Stipulation for Dismissal with Prejudice*,[1] filed February 28, 2017, this case is dismissed with prejudice, the parties to bear their respective costs and attorney fees.

DATED at Anchorage, Alaska, this  1st  day of March, 2017.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 10.

Order – Case Dismissed                                                                                                   - 1 -